FILED

APR 0 8 2021



PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

### Case No. 5:21-CT-3098
(To be filled out by Clerk's Office only)

JAMES BALL
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 1SS117

-against-

Michael Regan Sec. NC Dept. Environmnt & Quality et al.
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT
### (*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

---

JAMES BALL

— against —

Michael Regan Sec. NC Dept. Environment & Quality et al
Cristel Vaughan
Erick A. Hooks Sec. NC Dept. of Public Safety
Shanticia Hawkins
Doctor Carlson

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

James Ball
Name

155117
Prisoner ID #

Warren Correction
Place of Detention

PO Box 728
Institutional Address

Norlina                     NC                     27563
City                        State                  Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided,
it could result in the delay or prevention of service. Make sure that the defendant(s) listed below
are identical to those contained in the above caption. Attach additional sheets of paper as
necessary.*

Defendant 1:  Michael Regan
               Name

               Sec. NC. Dept. of Environment & Quality
               Current Job Title

               217 W Jones St
               Current Work Address

               Raleigh                    NC            27603
               City                       State         Zip Code

               Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 2:  Erick A Hooks
               Name

               Sec. NC Dept of Public Saffey
               Current Job Title

               840 W Morgan St.
               Current Work Address

               Raleigh                    NC            27603
               City                       State         Zip Code

               Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3:    Cristel Vaughan
_____
Name

Assistant Warden over Programs
_____
Current Job Title

PO Box 738
_____
Current Work Address

Noxlina                    NC                    27563
_____
City                        State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4:    Shanticia Hawkins
_____
Name

Warden
_____
Current Job Title

PO Box 738
_____
Current Work Address

Noxlina                    NC                    27563
_____
City                        State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 5:    Doctor John Doc Carlson

Psychiatrist

831 W Morgan St.

Raleigh            NC          27603

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Warren Correctional and Tele-psych

Date(s) of occurrence: 12/22/20 to present

State which of your federal constitutional or federal statutory rights have been violated:

Const 8th Amendment Cruel + Unusual Punishment; 14th Amendment liberty interest, equal protections, due process - 148-19 NC GS; 1st Amendment 42 USC. §1997e(a) obstructing grievance exhaustion 148-18 - NCGS 42 USC §1901 et seq.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

Michael Regan failed to uphold his duties pursuant to NC. Gen. Stat. § 148-10, holding the defendants up to standards for prisoners assigned to outpatient mental health services as the lapse created a pattern allowing the agency the NC Dept. of Public Safety to reduce the care and services quality of the conditions of confinement and further in proced requirements with the NC Psycology board and its agents which contract with the defendants Erick A Harts neglected to uphold standards of accountability with giving facility warden Janticia Hawkins auto rony over daily operation of Mental Health Services did create a vortex of error by allowing designees to fail to inform inmates of appointments to curb inmates reporting facility failures and refusal to accept grievances in report the issues our statutory rights to bring exhaustion for court access and allowing retaliation for reporting Covid-19. Janticia Hawkins gave Cristel Vaughan Assoc. Warden over programs autonomy to stop services of mental health services by causing errors to which inmates failed to show up for the appointments, and admitted to family community support system Hawkins has no control over mental health services, thus to hide misconduct defendants

| What happened to you? | obstructed plaintiffs freedom of speech to report mental health services, thus to hide misconduct defendants obstructed plaintiff's freedom of speech to report mental health issues & lapse in care services after Covid-19 reporting. Doctor Carlson after 3 months medication freeze then lectured + was taunting in behavior due to family + grievances willing to threaten refusal of medications + discontinue use with stipulating yet nursing staff at facility stipulate he did not restart services. Serious deliberate indifference in malice by refusing to provide his name upon request for legal purposes. |
|---|---|

| When did it happen to you? | I have been twice repeatedly denied access to mental health care by the facility creating errors leading to my medication expiring & not being renewed, only to curb the inhumane human rights violations going on. This happened in retaliation to inmates self included because we were concerned for our welfare during Covid-19 and after one filed a grievance of contacting Covid-19 my mental health services were interrupted.

During the pandemic yet on or about _____ my medications were stopped allegedly because one failed to show up, though one religiously took my medications and attended known appointments. |
|---|---|

| Where did it happen to you? | Warren Correctional, Mental Health, Medical, Custody and Operation, Administration |
|---|---|

**What was your injury?**

Due to lifetime reliance upon medication for mental health one was immediately removed from medication without properly weaning me off. This has lead to a difficulty in coping with my environment and a barge of auditory abuse with constant warnings to adhere to executive orders for Covid-19 when the facility housing units are not social distanced creating an impossible task. Further, I am having difficulty with suicidal ideation and constant harrasment by non-medical / non mental health gang members and the auditory abuse.

Due to my right of speech after catching Covid-19 my reporting caused staff retaliation and disruption a denial of mental health services to curb inmates from reporting the facility violations to providers by telepsych. I was retaliated on with a deliberate indifference to my mental health, wellness and welfare to cover up inhumane human rights violations.

I was prevented from filing grievances on matters because the state actors did not want to assume liability for the errors and short commings of mental health facilities.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
    If no, explain why not:

_____

_____

_____

_____

Is the grievance process completed?  ☑ Yes  ☐ No
    If no, explain why not:

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

42 USC § 12101 et seq. to not be denied services of a facility for state prison mental health care. Injunctive relief - to be notified within 12-24 hours in advance in writing for any appointment to curb staff retaliation or negligence. To restructure how facility mental health discontinues or denies medication with a board agency to review to prevent due process error. With Declatory relief as to inmates rights to notice of appointments and due process medication refusal or discontinuating and wether or not a past history of drug addiction can be utilized as a device to obstruct services. 42 USC § 12101 et seq. Services of Mental health outpatient care undergo systematic changes with decertification of Warren Correction as a provider; with consideration to the state of NC prison systems to be decertified as a provider of mental health services. Mental health service provider facilities should segregate some members from mental health patients non gang member Restructure mental health services with inspections by NC Dept of Environment to quality under NCGS 148-10 to partner with NC psycology board. Admin. Punitive to no more Compensatory

Case 5:21-ct-03098-BO Document 1 Filed 04/08/21 Page 9 of 11

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                    ☐ Yes      ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

4/5/21
Dated

James Ball
Plaintiff's Signature

James Ball
Printed Name

1551117
Prison Identification #

PO Box 788            Nashua            NC      27563
Prison Address        City              State   Zip Code